IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LULA WILLIAMS, GLORIA TURNAGE, GEORGE HENGLE, DOWIN COFFY, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 3:19-CV-85 |
| MICROBILT CORPORATION, et al., | : |
| Defendants. | : |

**DEFENDANT MATT MARTORELLO'S RESPONSE TO PLAINTIFFS' MOTION FOR SANCTIONS AND TO FIND MICROBILT CORP. IN CONTEMPT (Dkt. No. 124)**

On July 17, 2020, Plaintiffs filed a motion requesting that the Court sanction Defendant Microbilt Corporation ("Microbilt") and hold Microbilt in civil contempt. (Dkt. No. 124). Plaintiffs' motion is based on purported misrepresentations by Microbilt regarding the company's relationship with Philip Burgess. (Dkt. No. 125).

On July 21, 2020, the Court instructed "Defendants" to file their responses to Plaintiffs' motion for sanctions. (Dkt. No. 138). Defendant Matt Martorello is not mentioned in Plaintiffs' motion, which relates only to Microbilt. Accordingly, Martorello does not have a position on Plaintiffs' motion or any assertions stated therein.

Dated:  July 27, 2020                    Respectfully submitted,

                                         MATT MARTORELLO

                                         By:/s/ John M. Erbach

M. F. Connell Mullins, Jr. (VSB No. 47213)
Email: cmullins@spottsfain.com
Hugh McCoy Fain, III (VSB No. 26494)
Email: hfain@spottsfain.com
John Michael Erbach (VSB No. 76695)
Email: jerbach@spottsfain.com
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)

Richard Lawrence Scheff (PSB No. 35213)
Armstrong Teasdale LLP
2005 Market Street
29th Floor, One Commerce Square
Philadelphia, PA 19103
Telephone: 267.780.2000
Facsimile: 215.405.9070
Email: rscheff@armstrongteasdale.com

Nicholas W. Dowd (CSB No. 52957)
Amber R. Gonzales (CSB No. 49993))
Armstrong Teasdale LLP (CO-NA)
4643 S Ulster Street, Suite 800
Denver, CO 80237
Phone: (720) 200-0675
ndowd@armstrongteasdale.com
agonzales@armstrongteasdale.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to all counsel of record.

By: _____/s/_____

John Michael Erbach (VSB No. 76695)
Email: jerbach@spottsfain.com
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
(804) 697-2000 (Telephone)
(804) 697-2100 (Facsimile)