# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

LULA WILLIAMS, *et al.*,

    Plaintiffs,

v.                            Civil Action No. 3:19-cv-85

MICROBILT CORP., *et al.*,

    Defendants.

## ORDER

Having reviewed the NOTICE OF PROPOSED SCHEDULE (ECF No. 88) and the PLAINTIFFS' MOTION TO COMPEL AND SUBMISSION OF PROPOSED DISCOVERY SCHEDULE (ECF No. 89), it is hereby ORDERED that:

(1) MicroBilt Corp. ("MicroBilt") shall produce documents in response to Requests for Production by June 23, 2020, subject to the confidentiality order already in place; and

(2) Depositions of Melissa Dennis, Ramesh Venkataramini, and Walter Wojchowski shall take place within twenty (20) days of the Court's order regarding MicroBilt's Renewed Motion to Transfer (ECF No. 76), if the motion is denied.

It is so ORDERED.

                                                    /s/
                                        Robert E. Payne
                                        Senior United States District Judge

Richmond, Virginia
Date: July 27, 2020
Filed *nunc pro tunc* June 12, 2020