**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

LULA WILLIAMS, *et al.*,

    Plaintiffs,

v.                                                   Civil Action No. 3:19-cv-00085

MICROBILT CORPORATION, *et al.*,

    Defendants.

## NOTICE OF APPEARANCE

Wyatt B. Durrette, Jr., of the law firm Durrette, Arkema, Gerson & Gill PC, requests this Court to enter his appearance as counsel for Defendants, Microbilt Corporation and Philip Burgess, in this matter.

                                                  MICROBILT CORPORATION and
                                                  PHILIP BURGESS,

                                                  By */s/ Wyatt B. Durrette, Jr.*
                                                  Wyatt B. Durrette, Jr., Esquire (VSB No. 04719)
                                                  Durrette, Arkema, Gerson & Gill PC
                                                  1111 East Main Street, 16th Floor
                                                  Richmond, Virginia 23219
                                                  Tel:   (804) 775-6900
                                                  Fax:  (804) 775-6911
                                                  wdurrette@dagglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

    /s/   Wyatt B. Durrette, Jr.
Wyatt B. Durrette, Jr., Esquire (VSB No. 04719)
Durrette, Arkema, Gerson & Gill PC
1111 East Main Street, 16th Floor
Richmond, Virginia  23219
Tel:     (804) 775-6900
Fax:    (804) 775-6911
wdurrette@dagglaw.com