IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, *et al.*,

    Plaintiffs,

v.                                        Civil Action No. 3:19-cv-00085-REP

MICROBILT CORPORATION, *et al.*,

    Defendants.

## ORDER

THIS MATTER comes before the Court upon the *Joint Motion to Suspend Existing Deadlines* (ECF No. 174) filed by all counsel of record. Based upon the consent of all parties it is ORDERED, ADJUDGED, AND DECREED THAT:

1.     The Motion (ECF No. 174) is granted;

2.     The deadlines in the August 21, 2020 Order [ECF No. 150] are hereby suspended;

3.     Within ten days of the Court's Order resolving the pending discovery disputes, the parties shall submit an agreed scheduling order for the resolution of the personal jurisdiction issues regarding Defendant Burgess.

    It is so ORDERED.

Date: November 19, 2020

/s/ REP
Robert E. Payne
Senior United States District Judge