UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**LULA WILLIAMS**, *et al.*,

    Plaintiffs,

v.                                                          Civil Action No. 3:19-cv-00085

**MICROBILT CORPORATION**, *et al.*,

    Defendants.

<u>NOTICE OF APPEARANCE</u>

Kevin Dillon, Esq., of Consumer Litigation Associates, P.C., 626 East Broad Street, Suite 300, Richmond VA, 23219 hereby notes his appearance as counsel in this case on behalf of the Plaintiffs.

Please copy him with all matters in this case.

    Respectfully submitted,

    **PLAINTIFFS**

    */s/Kevin Dillon*
    Kevin Dillon Esq.
    VSB #93475
    Attorney for Plaintiffs
    **CONSUMER LITIGATION ASSOCIATES, P.C.**
    626 East Broad Street, Suite 300,
    Richmond VA, 23219
    (804) 904- 9905 Telephone
    (804) 904- 9905– Facsimile
    E-mail: kevin@clalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February 2021, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to all counsel of record.

                                                                          /s/
                                        Kevin Dillon Esq.
                                        VSB #93475
                                        Attorney for Plaintiffs
                                        **CONSUMER LITIGATION**
                                        **ASSOCIATES, P.C.**
                                        626 East Broad Street, Suite 300,
                                        Richmond VA, 23219
                                        (804) 904- 9905 Telephone
                                        (804) 904- 9905– Facsimile
                                        E-mail: kevin@clalegal.com