IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, et al.,

    Plaintiffs,

v.                            Civil Action No. 3:19-cv-85

MICROBILT CORP., et al.,

    Defendants.

**MEMORANDUM ORDER**

This matter is before the Court on DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING RESOLUTION OF THE PETITION FOR MANDAMUS FILED IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT (ECF No. 246) ("the Motion"). Having reviewed the Motion, it is hereby ORDERED that the defendants' request to stay briefing on the issue of bifurcating the claims against Burgess and MicroBilt is denied and briefing shall proceed as specified in the Court's earlier ORDER (ECF No. 244). The Court will decide the other issues raised in the Motion in a future order.

It is so ORDERED.

                                  /s/        REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: April 14, 2022