UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, *et al.*,

    Plaintiffs,

v.                  Civil Action No. 3:19-cv-00085

MICROBILT CORPORATION, *et al.*,

    Defendants.

### MEMORANDUM IN SUPPORT OF CONSENT MOTION TO REFER CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

The Plaintiffs, by counsel and with the consent of the Defendants, by counsel, have moved the Court to refer this case to Magistrate Judge Colombell for a settlement conference. In support of this request, the Plaintiffs state as follows:

The Parties have engaged in several meet-and-confer conversations following the May 5 bifucation hearing, both by e-mail and telephone. During those disucssions, the Parties have discussed potentially settling the case and believe that a magistrate judge would be helpful in reaching a potential resolution. They have already contacted Judge Colombell and agreed on a date for the settlement conference: June 22, 2022.[1] However, Judge Colombell cannot complete the scheduling of the settlement conference because the case has not been referred to him.

Accordingly, the Plaintiffs ask that the Court grant their Motion, refer the case to Judge Colombell for settlement, and enter the Proposed Order.

                        Respectfully submitted,
                        **PLAINTIFFS**

                        By:_____/s/_____

---

[1] Magistrate Judge Hanes used to be an attorney of record in this case and is therefore conflicted out of serving as the magistrate judge in the litigation.

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Phone: 703-424-7572
Fax: 703-591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com

Leonard A. Bennett, VSB #37523
Craig C. Marchiando VSB #89736
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
*Counsel for Plaintiffs*