IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS,
et al.,

    Plaintiffs,

v.                                Civil Action No. 3:19cv85

MICROBILT CORPORATION,
et al.,

    Defendant.

**ORDER**

It is hereby ORDERED that the settlement conference and proceedings required by paragraph 3 of the Scheduling Order are referred to United States Magistrate Judge Mark R. Colombell. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Colombell to schedule the conference.

The Clerk is directed to send a copy of this Order to Magistrate Judge Colombell.

It is so ORDERED.

                                          /s/    REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: May 11, 2022