UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, *et al.*,

    Plaintiffs,

v.                                       Civil Action No. 3:19-cv-00085

MICROBILT CORPORATION, *et al.*,

    Defendants.

## ORDER

This matter is before the Court on the plaintiffs' CONSENT MOTION TO EXTEND CERTAIN DISCOVERY DEADLINES (ECF No. 270), which seeks a 30-day extension of the deadlines listed in the Court's May 5, 2022 ORDER (ECF No. 266), a 45-day enlargement of the deadline in the Court's MEMORANDUM ORDER (ECF No. 252), and 45-day enlargement of Plaintiffs' Opposition to Defendants' Motion to Reconsider the Court's Memorandum Order (ECF 256). Having considered the plaintiffs' Motion and the defendants' consent to the relief sought by the plaintiffs' Motion, it is hereby ORDERED that the Motion (ECF No. 270) is granted. Is it further ORDERED that the deadlines are extended as follows:

    (1)    By June 9, 2022, the plaintiffs shall serve MicroBilt with revised discovery requests; and

    (2)    By June 9, 2022, for any categories of discovery for which the plaintiffs wish to expand their previously-submitted discovery requests, they shall file a motion with the Court requesting permission to supplement their earlier requests and attaching to the motion their proposed supplemental requests; and

    (3)    If the plaintiffs move to supplement their discovery requests, MicroBilt shall respond to the plaintiffs' motion by June 23, 2022; and

(4) By June 27, 2022, plaintiffs shall file their oppositions to defendants' Motion for Reconsideration of the Court's Memorandum Order; and

(5) By July 15, 2022, defendants shall comply with the Court's Memorandum Order at ECF 252; and

(6) If the plaintiffs move to supplement their discovery requests, their reply to MicroBilt's response shall by submitted by July 1, 2022; and

(7) The plaintiffs and MicroBilt shall meet and confer on the current discovery by June 23, 2022; and

(8) If necessary, the plaintiffs shall file any motion to compel production as to the current discovery by July 1, 2022; and

(9) If the plaintiffs file a motion to compel, MicroBilt shall respond by July 15, 2022; and

(10) If the plaintiffs file a motion to compel, their reply to MicroBilt shall be submitted by July 22, 2022; and

(11) MicroBilt's responses and productions shall be tendered by July 25, 2022; and

(12) The plaintiffs' notice under Fed. R. Civ. P. 30(b)(6) shall be submitted by June 24, 2022.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: May 11, 2022