**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| LULA WILLIAMS, GLORIA TURNAGE, GEORGE HENGLE, and DOWIN COFFY, : : : Plaintiffs, : : v. : : MICROBILT CORPORATION *et al.*, : : Defendants. : | Docket No. 3:19-cv-00085-REP |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANTS MICROBILT CORPORATION AND PHILIP BURGESS**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of the above-styled action with prejudice. This dismissal is intended to and includes all claims asserted against Defendants. Plaintiffs acknowledge and agree that this Court has never made a finding of misrepresentation by either Defendant to this Court. The Parties agree that the Court shall retain jurisdiction over the enforcement of the terms of their settlement of this matter.

Respectfully submitted,

**KELLY GUZZO, PLC**

/s/ *Kristi C. Kelly*
Kristi Cahoon Kelly, Esq. (VSB No. 72791)
Andrew J. Guzzo (VSB No. 82170)
Casey S. Nash (VSB No. 84261)
3925 Chain Bridge Rd., Suite 202
Fairfax, VA 22030

*Counsel for Plaintiffs*

                                                **DURRETTE, ARKEMA, GERSON & GILL**

                                                /s/ *Wyatt B. Durrette*
                                                Wyatt B. Durrette, Jr. (VSB No. 04719)
                                                1111 East Main Street, 16th Floor
                                                Bank of America Center
                                                Richmond, VA 23219
                                                804-775-6809 - Phone

                                                *Counsel for Defendants*

Dated: July 27, 2022